# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JOLINDA COUNTS,

    Plaintiff,                                         CASE NO. 6:17-cv-00477-GAP-DCI

v.

BANK OF AMERICA,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, JOLINDA COUNTS ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

Dated: June 2, 2017                         RESPECTFULLY SUBMITTED,

                                              By:   /s/ Stephen R Caplan
                                                      Stephen R. Caplan
                                                      Caplan @ Associates, P.A.
                                                      31 N Hyer Ave
                                                      Orlando, FL 32801
                                                      (407) 872-6249 (phone)
                                                      (407) 425-1501  (fax)
                                                      Attorney for Plaintiff
                                                      FBN: 835153

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2017, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System.

By: /s/ Stephen R. Caplan
Stephen R. Caplan
Attorney for Plaintiff