# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| JOLINDA COUNTS, | ) Case No.: 6:17-CV-477-ORL-31DCI |
| Plaintiff, | ) |
| v. | ) |
| BANK OF AMERICA, | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Jolinda Counts ("Plaintiff"), and Defendant Bank of America ("Defendant"), hereby stipulate to a dismissal with prejudice of this action, with each party to bear its own fees (including attorneys' fees) and costs.

Respectfully submitted,

Dated: August 3, 2017

/s/ Stephen R. Caplan
Stephen R. Caplan
31 N. Hyer Ave.
Orlando, FL 32801
Telephone: 407-872-6249
steve@caplan-associatespa.com
Attorneys for Plaintiff

Dated: August 3, 2017

/s/ Monica L. Haddad Forbes
(with permission)
Monica L. Haddad Forbes
McGuireWoods LLP
Bank of America Tower
50 North Laura Street, Suite 3300
Jacksonville, FL 32202
Telephone: 904-798-3213
mforbes@mcguirewoods.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2017, I electronically filed the foregoing Stipulation of Dismissal With Prejudice with the Clerk of the Court by using the CM/ECF System.  A copy of said Stipulation was submitted to all parties by way of the Court's CM/ECF System

<u>/s/ Stephen R. Caplan</u>
Stephen R. Caplan
Attorney for Plaintiff